UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* BENJAMIN SOLIS, | : | NO. 3:23-CV-1075 (RNC) |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| vs. | : | |
| | : | |
| MERCER (US) INC. and MERCER (US) LLC, | : | |
| | : | |
| | : | [June 10, 2025] |
| *Defendants.* | : | |

# NOTICE OF RELATOR'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, *qui tam* Relator Benjamin Solis ("Relator"), by and through his attorneys, hereby voluntarily dismisses the above-captioned action, without prejudice, as to all Defendants. Relator understands that the United States intends to file notice of consent to dismissal without prejudice.

WHEREFORE, Relators request that the Court dismiss this action without prejudice.

Respectfully submitted,

Dated: June 10, 2025
  */s/ Michael D. Roundy, Esq.*
Michael D. Roundy, Esq., (ct29356)
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, Massachusetts 01115
Tel. (413) 272-6254
Fax (857) 800-8249

# CERTIFICATION OF SERVICE

I, Michael D. Roundy, counsel for the Relator in the above matter, hereby state that a true and correct copy of the foregoing was served this 10th day of June, 2025 on:

>Sarah Gruber, Esq. (ct29918)
>Assistant U.S. Attorney
>450 Main Street, Room 328
>Hartford, CT  06103
>sarah.gruber@usdoj.gov
>*(Counsel for David X. Sullivan*
>*United States Attorney)*

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because this case is still under seal

>*/s/ Michael D. Roundy, Esq.*
>Michael D. Roundy, Esq.

4115712v1